R. W. JACKSON, *et al., Appellants,* v. JOHN D. JACKSON, *Appellee.*

Decision Filed October 29, 1918.

*Samuel T. Fletcher,* for Appellants;

*Hilton S. Hampton,* for Appellee.

PER CURIAM.—This cause is this day submitted to the Court upon the written stipulation and request of counsel for the respective parties that the decree in said cause be reversed without prejudice, and same having been duly considered, it is ordered and adjudged by the Court that the said request be, and same is, hereby granted, and the decree be, and same is, hereby reversed without prejudice.

All concur.